UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES RODGERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-933** |
| **N. BURL CAIN, WARDEN**<br>**LOUISIANA STATE PENITENTIARY** | **SECTION "C"** |

**JUDGMENT**

In accordance with the Order and Reasons issued on January 11, 2007,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of CHARLES RODGERS for writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 11th day of January, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE