

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR -6  AM 8: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES RODGERS.                                  CIVIL ACTION

VERSUS                                            NO. 06-933

N. BURL CAIN, WARDEN                              SECTION C

LOUISIANA STATE PENITENTIARY

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

[✓] a certificate of appealability shall be issued having found that the petitioner has made a substantial showing of the denial of a constitutional right related to the following issues(s):

Claim #5 Whether trial counsel was ineffective in failing to cross-examine the victim regarding her previous failure to identify the defendant as the perpetrator

[ ] a certificate of appealability shall not be issued for the following reason(s):

_____
_____
_____
_____

Date: 4/4/07            _____
                        UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No_____